E. & Z. Van Raalte, Inc., Appellant, v. Ariana Merrill Woodbury and Others, as Executors, etc., of Frederick P. Merrill, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve a further amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

The People of the State of New York, Respondent, v. Morris Silfan and Another, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Samuel Reich and Another, Respondents, v. Empire Waste Company, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Oscar Mintz, Respondent, v. Abraham Porter, Appellant, and Others, as Copartners, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Samuel Brody, Respondent, v. Alfred Ginsberg, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Sava Realty Corporation, Appellant, v. Morris W. Gitlitz, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Daniel J. Campau, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Clarence H. Venner, Respondent, v. Interborough Rapid Transit Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Record Holding Company, Inc., Respondent, v. Pettit, Marshall & Co., Inc., Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

Rosa Braun, Respondent, v. New York, Newfoundland and Halifax Steamship Company, Ltd., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

Lester Hess, Respondent, v. Southern Pacific Steamship Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Greenbaum and Finch, JJ.

Christmas Club (A Corporation), Respondent, v. North Side Savings Bank, Appellant.— Order modified by striking out from paragraph 12 of the complaint the allegation in regard to the agreement to indemnify and hold harmless, and as so modified affirmed, without costs. (See *Murphy* v. *National City Bank,* opinion by Page, J. [203 App. Div. 571], handed down Dec. 1, 1922.) Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Carmine Gibbia, an Infant, etc., v. Hyman Sklamberg. Salvatore Gibbia v. Hyman Sklamberg.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Fried Mendelson & Co. v. Edmund Halstead, Ltd.— Motion denied, with

**870**      CASES REPORTED WITH BRIEF SYLLABI.

ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion for leave to appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion for leave to appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE ARCHIBALD MCNEIL & SONS CO. v. WHALTON S. ALDEN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

STEPHANIE BIRD and Others v. BELLEAIRE HOTEL CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of JOSEPH HARTOG, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

L. BACHMANN & Co. v. WALTER WEISS and Another.— Motion ·to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MICHAEL HARITOS v. ROBERT KRAUSE and Another.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

NIEHOFF-SCHULTZE GROCER COMPANY v. ALEXANDER J. GROSS and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ZEBE.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LEON B. GINSBERG and Another v. IRVING BECK and Others.— Motion granted on condition that appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMERICAN COTTON EXCHANGE, Appellant, Impleaded with Others.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

FRED A. GORDON, in Behalf of Himself and Other Stockholders of MOJAVE TUNGSTEN COMPANY, Similarly Situated, etc., Appellant, v. MOJAVE TUNGSTEN COMPANY and Others, Respondents.— Judgment affirmed, with costs to respondents appearing separately. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

BENJAMIN R. KITTREDGE, Respondent, v. ARTHUR E. GRANNIS and Another, Impleaded with ROBERT C. LAWRENCE, Appellant.— Judgment and order affirmed,